JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER DESILVA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLERGAN USA, INC., a Delaware corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | CASE NO. 8:19-cv-01606-JLS-JDE<br><br>**JUDGMENT**<br><br>Hon. Josephine L. Staton |

| | |
|---|---|
| 1 | The Court, having granted the motion for summary judgment of defendant |
| 2 | Allergan USA, Inc. ("Defendant") in its entirety, and having denied as moot the |
| 3 | motion for summary judgment filed by plaintiff Jennifer DeSilva ("Plaintiff"), by |
| 4 | Order of the Court entered on January 4, 2021 (Doc. 66), the Court hereby |
| 5 | ORDERS that the Clerk of Court shall (1) enter judgment in favor of Defendant and |
| 6 | against Plaintiff and shall dismiss Plaintiff's action with prejudice; and (2) dismiss |
| 7 | Defendant's counterclaims without prejudice to refiling in state court. Defendant |
| 8 | may apply to the Clerk of Court for its costs incurred in this action pursuant to Rule |
| 9 | 54 of the Federal Rules of Civil Procedure and Local Rules 54-2 and 54-3. |

Date: January 13, 2021

_____
Hon. Josephine L. Staton
United States District Judge